AO 93 (Rev. 12/09) Search and Seizure Warrant

AUSA: Barrington Wilkins    Telephone: 313-226-9621
Special Agent: Mitch Lollar    Telephone: 313-226-6400

FILED
MAY 25 2016
CLERK'S OFFICE
DETROIT

I hereby certify that the foregoing is a true copy of the original on file in this office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: [signature] BG
Deputy

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
7617 Payne Avenue
Dearborn, MI 48126

Case: 2:16-mc-50725
Assigned To : Leitman, Matthew F.
Assign. Date : 5/17/2016
Description: SEALED MATTER (BG)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Michigan__
*(identify the person or describe the property to be searched and give its location)*:
See ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __May 31, 2016__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge DUTY MAGISTRATE ELIZABETH A. STAFFORD .
   (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __05/17/2016__ [signature]     ELIZABETH A. STAFFORD
                                                                          Judge's signature

City and state: __Detroit, Michigan__     Hon. Elizabeth A. Stafford, United States Magistrate Judge
                                                                                *Printed name and title*

| Return |||
|---|---|---|
| Case No.: <br> 205-708-73239-S | Date and time warrant executed: <br> 05/18/16 - 1300 | Copy of warrant and inventory left with: <br> Ali Hussein Alawieh (owner) |
| Inventory made in the presence of : <br> Special Agent Sara Hinderer (USSS) |||
| Inventory of the property taken and name of any person(s) seized: <br> See attached United States Secret Service Tabulation Sheet (Evidence Log) |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/25/2016

Executing officer's signature  A12183

SA Mitch Lollar (USSS)
Printed name and title

Evidence Tabulation Sheet — Page No: 1 Of:

# UNITED STATES SECRET SERVICE

| Report Number: | 205-708-732390 | Date/Time: | 5/18/2016 @ 1300 TO 1815 |
|---|---|---|---|
| Suspect(s) Name: | ALI ALAWIEH | | |
| Address Location: | 7617 PAYNE AVE, DEARBORN, MI | | |
| Seizing Agent: | SA SARA HINDERER | Badge Number: | |
| Case Agent: | SA Mitchell Lollar (DET) | Badge Number: | |
| IA: | Bruner | Badge Number: | |

| Item # | Item Description: | AFD | Room | Location in Room: | Found By: |
|---|---|---|---|---|---|
| 00001 | 11 PASSPORTS & CERT OF NATURUALIZATION | | C | MASTER BEDROOM CLOSET | MCCANN |
| 00002 | 16 GO PHONES | X | G | UPSTAIRS BEDROOM 3 | MILLARD |
| 00003 | 11 GO PHONES | X | G | UPSTAIRS BEDROOM 3 | MILLARD |
| 00004 | WII SYSTEM (2 PCS) / IPAD / IPONE 6PLUS / IPHONE 5 / 6S | X | I | UPSTAIRS BEDROOM 4 | CUMMINGS |
| 00005 | 8 IPAD PROS | X | F | UPSTAIRS OFFICE | CUMMINGS |
| 00006 | 11 IPADS VARIOUS | X | F | UPSTAIRS OFFICE | CUMMINGS |
| 00007 | 4 IPAD PRO / 2 IPAD MINI / 9 IPAD AIR | X | F | UPSTAIRS OFFICE | MILLARD |
| 00008 | 12 IPAD AIRS / 1 IPAD | X | F | UPSTAIRS OFFICE | CUMMINGS |
| 00009 | 2 IPAD / 6 IPOD TOUCH / 6 IPOD NANO / 6 AIRPRO HD CAMERA / 5 SOUNDFREQ | X | F | UPSTAIRS OFFICE | STOUT |
| 00010 | 7 NINTENDO DS / 3 IPAD MINI / 1 IPAD PRO / 2 IPAD AIR | X | F | UPSTAIRS OFFICE | MCCANN |
| 00011 | 7 IPAD PROS | X | F | UPSTAIRS OFFICE | MILLARD |
| 00012 | 9 IPAD MINI | X | F | UPSTAIRS OFFICE | MILLARD |
| 00013 | 9 BEATS DR DRE | X | F | UPSTAIRS OFFICE | CUMMINGS |
| 00014 | 6 BEATS DR DRE / 8 IPAD PRO | X | F | UPSTAIRS OFFICE | MILLARD |
| 00015 | 6 XBOX / 1 PLAYSTATION | X | G | UPSTAIRS BEDROOM 3 | MILLARD |
| 00016 | 2 XBOX | X | A | LIVINGROOM | KNIGHT |
| 00017 | 13 XBOX | X | B | DINING ROOM | KNIGHT |
| 00018 | 7 SWANN SECURITY SYSTEMS | X | B | DINING ROOM | KNIGHT |
| 00019 | 3 (LOOSE) PHONES / IPAD AIR / IPAD KEYBOARD / NET10 HOME PHONE | X | B | DINING ROOM | KNIGHT |
| 00020 | BOX OF MISCELLANEOUS RECEIPTS | | L | GARAGE | ORLANDO |
| 00021 | TOWN & COUNTRY MINI VAN | | M | INSIDE MINI VAN | ORLANDO |
| 00022 | 66 METRO PCS CALLING CARDS / 300 TMOBIOLE CALLING CARDS | | F | UPSTAIRS OFFICE | MILLARD |
| 00023 | HP PAVILION HPE TOWER | | F | UPSTAIRS OFFICE | MILLARD |
| 00024 | HUNTINGTON BANK CHECKBOOK / B OF A ACCT STAMP / MISC DOCUMENTS | | F | UPSTAIRS OFFICE | MILLARD |
| 00025 | 3 LOOSE PHONES - GALAXY SII / TMOBILE / QUALCOMM | | G | UPSTAIRS BEDROOM 3 | STOUT |
| 00026 | MISC RECEIPTS, LABELS, MEIJER RCPTS, SHIPPING LABELS | | G | UPSTAIRS BEDROOM 3 | STOUT |
| 00027 | 9 TMOBILE SIM CARDS / 1 LEXAR THUMB DRIVE | | G | UPSTAIRS BEDROOM 3 | STOUT |
| 00028 | PURCHASE ORDERS / INVOICES / FREIGHT RCPTS | | D | MASTER BEDROOM | PALAZZOH |
| 00029 | MISC NOTEPAD W/ LIST OF ELEC / BANK INFO / PURCHASE ORDERS - CONNECTION TO MIAMI FL | | D | MASTER BEDROOM | PALAZZOH |
| 00030 | BANK INFO / RECEIPTS | | D | MASTER BEDROOM | PALAZZOH |
| 00031 | 2 LOOSE IPHONES / 1 IPOD | | D | MASTER BEDROOM | PALAZZOH |
| 00032 | 23 XBOX ONE | X | M | GARAGE | HINDERER |
| 00033 | 3 XBOX 360 | X | M | GARAGE | HINDERER |
| 00034 | 35 NINTENDO 3DS XL GAMESYSTEMS | X | M | GARAGE | HINDERER |
| 00035 | 6 SOUNDFREAQ / 2 WII U | X | M | GARAGE | HINDERER |
| 00036 | 130 PLAYSTATION 4 | X | M | GARAGE | HINDERER |
| 00037 | IPAD & IPAD MINI | | A | LIVINGROOM | STEMPIEN |
| 00038 | 4 PERSONAL CELLPHONES - GALAXY NOTE 4 / IPOD / HTC CELLPHONE / IPHONE | | B | DINING ROOM | STEMPIEN |
| 00039 | PERSONAL SAMSUNG CELL PHONE | | K | KITCHEN | HINDERER |
| 00040 | 4 AAA GAMES INC CHECKS PAYABLE TO GCM WHOLESALE INC & MISC DOCS | | B | DINING ROOM | HINDERER |