AUSA: Barrington Wilkins   Telephone: 313-226-9621
AO 93 (Rev. 12/09) Search and Seizure Warrant   Special Agent: Mitch Lollar   Telephone: 313-226-6400

I hereby certify that the foregoing is a true copy of the original on file in this Office
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____ Deputy

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>22443 Plymouth Road<br>Detroit, MI 48239 | Case: 2:16-mc-50725-1<br>Assigned To : Leitman, Matthew F.<br>Assign. Date : 5/17/2016<br>Description: SEALED MATTER (BG) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Michigan___
*(identify the person or describe the property to be searched and give its location)*:
See ATTACHMENT A.

FILED MAY 25 2016 CLERK'S OFFICE DETROIT

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 31, 2016___
                                                                 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
DUTY MAGISTRATE ~~ELIZABETH A. STAFFORD~~ .
                                 *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ___05/17/2016 @ 11:55 am___       ___ELIZABETH A. STAFFORD___
                                                                                  *Judge's signature*

City and state:   ___Detroit, Michigan___                    ___Hon. Elizabeth A. Stafford, United States Magistrate Judge___
                                                                                  *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 205-708-73239-S | Date and time warrant executed: <br> 05/18/16 - 1300 | Copy of warrant and inventory left with: <br> Placed on office desk at location |
| Inventory made in the presence of : <br> Special Agent Jason Burks (USSS) |||
| Inventory of the property taken and name of any person(s) seized: <br> See attached United States Secret Service Tabulation Sheet (Evidence Log) |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/25/2016

_____ A12183
Executing officer's signature

Special Agent Mitch Lollar (USSS)
Printed name and title

 

# UNITED STATES SECRET SERVICE

| Report Number: | 205-708-73239-S | | Date/Time: | MAY 18, 2016/1:30PM | |
|---|---|---|---|---|---|
| Suspect(s) Name: | PARKWAY LIQUOR | | | | |
| Address Location: | 22443 PLYMOUTH RD, DETROIT, MI | | | | |
| Seizing Agent: | | | Badge Number: | | |
| Case Agent: | SA Mitchell Lollar (DET) | | Badge Number: | | |
| IA: | HAMIL | | Badge Number: | B09327 | |

| Item # | Item Description: | AFD | Room | Location in Room: | Found By: |
|---|---|---|---|---|---|
| 1 | LG TOWER | | A-OFFICE | ON DESK | NOWAKOWSKI |
| 2 | BOA DOCUMENTS | | A-OFFICE | DESK DRAWER | BRADSHAW |
| 3 | WESTERN UNION COMPUTER, DELL DIMENSION, MODEL E310, S/N 8CPJ691 | | B-BEHIND COUNTER | BEHIND COUNTER | NOWAKOWSKI |
| 4 | ACER LAPTOP, S/N 81211878616 | | B-BEHIND COUNTER | BEHIND COUNTER | NOWAKOWSKI |
| 5 | DELL DESKTOP, OPTIPLEX 390, MODEL #D12M001 | | B-BEHIND COUNTER | BEHIND COUNTER | NOWAKOWSKI |
| 6 | PERSONAL PHONE BOOKS/BUSINESS CARD BOOKS | | A-OFFICE | DESK | BRADSHAW |
| 7 | CASH ($456) | | B-BEHIND COUNTER | DRAWER #1 | BURKS & VAN DE PUTTE |
| 8 | SUBPOENA TO TESTIFY BEFORE GRAND JURY | | A-OFFICE | FILE FOLDER ON DESK | BRADSHAW |
| 9 | SAFE SCHEDULE, SAM4S JUMP DRIVE | | A-OFFICE | CASH REGISTER | VAN DE PUTTE |
| 10 | CASH ($5,563) | | A-OFFICE | CASH REGISTER #2 | BURKS & SKIPWORTH |
| 11 | CREDIT UNION DEPOSIT SLIPS | | A-OFFICE | RIGHT DESK DRAWER | BRADSHAW |
| 12 | LOAN DOCUMENTS | | A-OFFICE | IN FRONT OF DESK | BRADSHAW |
| 13 | DELL OPTIPLEX 780, SVC TAG 9YVXJQ1 | | A-OFFICE | BACK DESK | NOWAKOWSKI |
| 14 | MISC DOCS, IMAGES OF CHECKS, IMAGES OF DL'S | | B-BEHIND COUNTER | BEHIND COUNTER | BURKS |
| 15 | CHECK, BRIDGE CARDS, ID CARDS | | B-BEHIND COUNTER | BEHIND COUNTER | BURKS |
| 16 | INVOICES & CHECK STUBS | | A-OFFICE | RIGHT BOTTOM SHELF | BRADSHAW |
| 17 | CASH ($511) | | B-BEHIND COUNTER | MI LOTTERY CASH DRAWER | BURKS & SKIPWORTH |
| 18 | CHECKS | | B-BEHIND COUNTER | DRAWER #2 | BURKS |
| 19 | BANK STATEMENTS | | A-OFFICE | BOX UNDER DESK | BRADSHAW |
| 20 | CHECKS; WHITE IPHONE IN GRAY CASE, IMEI: 354405067411796; BLACK LG FLIP PHONE, S/N 906CYGW1028615 | | B-BEHIND COUNTER | BEHIND COUNTER | BURKS |
| 21 | CASH ($23,280) | | A-OFFICE | DESK | BRADSHAW & VAN DE PUTTE |
| 22 | MISC BANKING DOCS | | C-BEHIND DELI | SHELF OUTSIDE OFFICE | BURKS |
| 23 | CHECK CASHING RECORDS | | A-OFFICE | COMPUTER DESK | VAN DE PUTTE |
| 24 | CUSTOMER PROFILES | | A-OFFICE | COMPUTER DESK | VAN DE PUTTE |
| 25 | BANK DOCUMENTS | | A-OFFICE | COMPUTER DESK | VAN DE PUTTE |
| 26 | CUSTOMER PROFILES | | A-OFFICE | COMPUTER DESK | VAN DE PUTTE |
| 27 | CHECKS | | A-OFFICE | DESK AREA | VAN DE PUTTE |
| 28 | WESTERN UNTION DOCUMENTS | | C-BEHIND DELI | SHELF OUTSIDE OFFICE | BURKS |
| 29 | BERETTA 40 CAL HANDGUN SILVER, S/N BER221997; 1 MAGAZINE | | B-BEHIND COUNTER | UNDER CASH REGISTER #2 | VAN DE PUTTE |
| 30 | 40 CAL AMMO | | A-OFFICE | CUBBY NEXT TO DOOR | VAN DE PUTTE |
| 31 | DEPOSIT SLIPS & BOOKS; STAMP-QONJA; ATM KEYS & FOLDER; MISC BANK RECORDS | | A-OFFICE | ABOVE DESK | VAN DE PUTTE |
| 32 | MISC DOCS | | A-OFFICE | DESK | BRADSHAW |
| 33 | CHECK STUBS | | A-OFFICE | CUBBY NEXT TO DOOR | BRADSHAW |