AUSA: Barrington Wilkins  Telephone: 313-226-9621
Special Agent: Mitch Lollar  Telephone: 313-226-6400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
MAY 25 2016
CLERK'S OFFICE
DETROIT

4

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
10001 Telegraph Road
Redford, MI 48239

)
)
)
)
)
)
)

Case: 2:16-mc-50725-2
Assigned To : Leitman, Matthew F.
Assign. Date : 5/17/2016
Description: SEALED MATTER (BG)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Michigan____
*(identify the person or describe the property to be searched and give its location)*:
See ATTACHMENT A.

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
Deputy

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____May 31, 2016____
                                                                *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ____DUTY MAGISTRATE ELIZABETH A. STAFFORD____ .
                                                  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ____05/17/2016  11:55 am____                    ____ELIZABETH A. STAFFORD____
                                                                                    *Judge's signature*

City and state:  ____Detroit, Michigan____                          ____Hon. Elizabeth A. Stafford, United States Magistrate Judge____
                                                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>205-708-73239-5 | Date and time warrant executed:<br>05/18/2016 - 1300 | Copy of warrant and inventory left with:<br>PLACED ON OFFICE DESK AT LOCATION |
| Inventory made in the presence of : SPECIAL AGENT MITCH LOLLAR (USSS) | | |
| Inventory of the property taken and name of any person(s) seized:<br>SEE ATTACHED UNITED STATES SECRET SERVICE TABULATION SHEET (EVIDENCE LOG) | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/25/2016

_____ A12183_____
Executing officer's signature

SPECIAL AGENT MITCH LOLLAR (USSS)
Printed name and title

Evidence Tabulation Sheet        Page No:    1    Of

# UNITED STATES SECRET SERVICE

| Report Number: | 205-708-732390 | | Date/Time: | 05/18/16 at 1300 |
|---|---|---|---|---|
| Suspect(s) Name: | I - Exchange | | | |
| Address Location: | 10001 Telegraph, Redform MI | | | |
| Seizing Agent: | SA Mitchell Lollar (DET) | | | |
| Case Agent: | SA Mitchell Lollar (DET) | | | |
| IA: | | | | |

| Item # | Item Description: | AFD | Room | Location in Room: | Found By: |
|---|---|---|---|---|---|
| 1 | 21 iPad Pro 9.7 | X | Storage | On Desk | Holmes |
| 2 | 12 iPad Pro 12 inch | X | Storage | On Desk | Holmes |
| 3 | Gateway All In One Computer (SN PWGCGP20021420127C6300) | | Storage | On Desk | Holmes |
| 4 | 6 iPad Minis, 4 iPad Air | X | Storage | On Desk | Holmes |
| 5 | Microsoft Surface Book | X | Storage | On Desk | Holmes |
| 6 | 151 iPhone 6S | X | Storage | On Desk | Holmes |
| 7 | 35 iPhones out of Box from under workbench | | Storage | | Taylor |
| 8 | Box of Documents from Upper Shelf | | Storage | | Brandsasse |
| 9 | Bag of Documents from on desk | | Storage | | |
| 10 | Plus | X | Storage | On Shelves | |
| 11 | (33) Loose iPhones | | F-Storage Rm | work bench | |
| 12 | 44 iphone 6s and 1 iphone 6 and 1 samsung 7 edge and 3 samsung 7 and 3 xbox ones | X | Storage | | Holmes |
| 13 | (47) packaged iPhone's to RLS Returns | | F-Storage Rm | in box on floor | Taylor |
| 14 | Misc. documents | | F-Storage Rm | work bench | Taylor |
| 15 | Black Toshiba laptop, S/N 7B151397Q | | F-Storage Rm | shelf | Taylor |
| 16 | Silver HP Laptop, (584037-001) | | F-Storage Rm | under work bench | Taylor |
| 17 | DDNS DVR, S/N 61112031444 | | D-Office #2 | upper shelf | Holmes |
| 18 | 4 Xbox ones and 1 ps4 | X | Storage | | Holmes |
| 19 | (32) Loose iPhone's | | F-Storage Rm | black shelf | Taylor |
| 20 | eMachines, S/N 00196-119-226-262 | | D-Office #2 | desk | Holmes |
| 21 | (21) FedEx bags filled with numerous gift cards | | D-Office #2 | on floor next to desk | Burks |
| 22 | (1)Visa debit card; Cash ($3,515) | | D-Office #2 | cash drawer | Burks & Nowakowski |
| 23 | 1 xbox one and 25 samsung core primes and 20grand primes and 30 htc desire 626 and 10 hydro waves | X | F-Storage Rm | | Holmes |
| 24 | Cash ($1,000) | | D-Office #2 | top left drawer of desk | Ellis & Nowakowski |
| 25 | Box with Western Union forms | | D-Office #2 | desk | Shultz |
| 26 | (5) iPhone's in individual shipping boxes | | D-Office #2 | desk | Nowakowski |
| 27 | 2014 Western Union forms | | D-Office #2 | shelf | Holmes |
| 28 | Microsoft Surface Book, (X000XQ3R9D) | | D-Office #2 | desk | Holmes |
| 29 | Misc. documents | | D-Office #2 | desk | Holmes |
| 30 | HP Pavillion 20, S/N 3CW2420C1Y | | F-Storage Rm | desk | Holmes |
| 31 | Dell Optiplex 360, (JPZYCK1) | | D-Office #2 | shelf | Holmes |
| 32 | Unmarked black tower | | C-Small Office | desk | Holmes |
| 33 | 5 zte obsidian, 45 LG Leon Titans and 15 Alcatel fierce xl and 5 LG MS450 and 5 HTC desire 626 | X | Storage | | Holmes |
| 34 | 024)) | | D-Office #2 | desk | Homes |
| 35 | (5) gift cards; (1) check from I-Exchange | | Inside Peter Iskander's car | inside vehicle | Shultz |
| 36 | (1) thumbdrive with SD card; (1) thumbdrive; (1) I- | | C-Small Office | desk | Nowakowski |
| 37 | Samsung Desktop computer, S/N HL7291YC300320A | | B-Service Desk | desk | Holmes |
| 38 | Dell Laptop, Tag # 55C02L1 | | C-Small Office | desk | Holmes |
| 39 | HP Desktop, S/N MXX1260530 | | B-Service Desk | desk | Holmes |
| 40 | (2) bags with numerous gift cards; (2) FedEx bags with numerous gift cards; (1) bundle of gift cards | | C-Small Office | desk | Holmes |
| 41 | Dell THX TruStudio PC all in one, (00196-214-211-023) | | B-Service Desk | desk | Holmes |
| 42 | Numerous gift cards | | D-Office #2 | large safe | Burks |
| 43 | Misc Bank Documents | | D-Office #2 | large safe | Burks |
| 44 | (6) iPhone 6's, Loose in bag | | F-Storage Rm | shelf | Taylor |
| 45 | Black 3 ring binder with names/numbers; (2) packets "Qpay Payment Center"; (1) blue binder | | B-Service Desk | desk | Holmes |
| 46 | Misc. documents | | F-Storage Rm | file cabinet under desk | Holmes |

| | | | | |
|---|---|---|---|---|
| 47 | 1 boombot speaker, 2 ipad pro smart kybd, 2 beats studio hdset, 4 lg tones infinim, 18 lg tones pro, 1 GoPro Hero, 5 Jam Transit bt hdphones, 2 JBL Flip 3 Bluetooth Speakers, 3 LG Tones Active, 4 Accelories BT Headsets, 1 Jawbone BT, 1 LG Sound 360 BT Speaker, 1 Motorola Buds BT Hdset, 1 Plt Voyager Legend BT, 3 BoomBotix small BT Speakers, 2 Urge Power Pro powerpak, 1 JBL Clip BT Speaker, 3 Apple Pencils, 1, Lifeproof case 5s, 2 TYLT charging cases, 4 Microsoft Surface Pro Type Covers, 4 PT Explorer 500 BT Hdsets, 1 Jam Trance BT Wireless Speaker | X | F-Storage Rm | | Holmes |
| 48 | Dell Inspiron One 2320 (00196-203-524-970) | | B-Service Desk | desk | Holmes |
| 49 | (2) Boxes of misc documents | | B-Service Desk | desk | Gutske |
| 50 | Cash ($486) | | B-Service Desk | cash register | Gutske & Eggelston |
| 51 | IMEI: 013442008352923 | | B-Service Desk | desk | Holmes |
| 52 | iPhone S, IC# 579C-E2944A | | B-Service Desk | desk | Holmes |
| 53 | Black LG in blue and yellow case | | B-Service Desk | desk | Holmes |
| 54 | Misc. documents | | C-Small Office | desk | Burks & Nowakowski |
| 55 | Misc. gift cards; Blackberry phone | | C-Small Office | desk drawer | Burks & Nowakowski |
| 56 | Misc. Bank Documents | | C-Small Office | shelf | Burks & Nowakowski |
| 57 | 1 Sony PS4, 2 iPad Pro 12, 2 iPad Pro 9.7, 10 iphone 6s Plus, 2 iphone 6s, 2 iphone 6, 11 HTC Desire 626, 10 Alcatel Fierce XL, 8 LG 450 flip phones, 6 Hydro Waves, 6 Samsung Core Primes, 16 Samsung Grand Primes, 9 ZTE Obsidians, 6 ZTE Avid Plus, 6 LG Leon Titans, 7 LG K7 | X | F-Storage Rm | | Holmes |
| 58 | 1 Philips Starmaker | X | F-Storage Rm | | Holmes |
| 59 | 1 Philips Starmaker | X | F-Storage Rm | | Holmes |
| 60 | 1 Philips Starmaker | X | F-Storage Rm | | Holmes |
| 61 | 1 Philips Starmaker | X | F-Storage Rm | | Holmes |