AUSA Adriana Dydell (313) 226-9125
SA Mitch Lollar (313) 226-1859

# United States District Court
### EASTERN DISTRICT OF MICHIGAN

In the Matter of the Seizure of

**SEIZURE WARRANT**

**All Funds on Deposit in Wells Fargo Bank**
(a) Account Number 5939680764
(b) Account Number 5939680772
(c) Account Number 2882544535
(d) Account Number 2882544543

F I L E D
JUN 28 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

Case: 2:16-mc-50725-3
Assigned To : Leitman, Matthew F.
Assign. Date : 5/17/2016
Description: SEALED MATTER (BG)



TO: Agents of the United States Secret Service (USSS) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Mitch Lollar who has reason to believe that in the United State of America there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit in Wells Fargo Bank: (a) Account Number 5939680764, (b) Account Number 5939680772, (c) Account Number 2882544535, and (d) Account Number 2882544543**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) with permission to serve the warrant electronically followed by original service, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

**Wells Fargo is instructed to allow incoming funds to the account (i.e., to accrue any deposits, interest, dividends, and any other amount credited to the account) but not allow funds to be withdrawn, transferred, wired, routed or otherwise disbursed by or to any persons (other than the USSS who is authorized to seize the funds) for a period of five (5) days from the date of the issuance of the warrant at which time the USSS will direct that the contents of the account be finally liquidated.**

The authority for seizure of property that is located outside of the district where the warrant is being issued is found in 28 U.S.C. § 1355(b) and 18 U.S.C. § 981(b)(3).

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: BG
    Deputy

May 17, 2016                    at 4:05 pm          Detroit, Michigan
Date

ELIZABETH A. STAFFORD

Honorable Elizabeth A. Stafford
**U.S. Magistrate Judge**                           **Signature of Judicial Officer**

AUSA Adriana Dydell (313) 226-9125
SA Mitch Lollar (313) 226-1859

# RETURN

DATE WARRANT RECEIVED

5/17/2016

DATE / TIME WARRANT EXECUTED

5/18/2016 — 1300 HOURS

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

WELLS FARGO BANK

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

$128,480.26 (WELLS FARGO CHECK NUMBER: 0000024655) IN REFERENCE TO I EXCHANGE ACCOUNTS ENDING IN 4535 AND 4543.

— ACCOUNTS ENDING IN 0764 AND 0772 WERE CLOSED PRIOR TO EXECUTION.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_   6/28/2016

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S. Judge or Magistrate                              Date

WELLS FARGO BANK, N.A.
P.O. Box 1416, MAC D1111-01A
Charlotte, NC 28201

000133  CW91F3SA  Y1372-039
US Secret Service
477 Michigan Ave
Detroit, MI 48226

May 23, 2016

CASHIER'S CHECK

*IN REF: I Exchange Accounts Ending in 4535 and 4543
* ONE CHECK ISSUED FOR BOTH ACCOUNTS*

U.S. SECRET SERVICE
16 JUN -6 PM 12:05
DETROIT, MICH.

PLEASE DETACH BEFORE DEPOSITING

---

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

11/24/1210

WELLS FARGO

Check Number: 0001024655
Date: May 23, 2016

Pay to the order of  US Secret Service                    $128,480.26

***One Hundred Twenty-Eight Thousand Four Hundred Eighty dollars and 26/100***

Drawer: WELLS FARGO BANK, N.A.

Authorized Signature
Richard Levy
Authorized Signature

For 45759616
Wells Fargo Bank, N.A.
FOR INQUIRIES: 480-394-3122

⑆0001024655⑆ ⑈121000248⑈ 4861009330⑈