AUSA Adriana Dydell (313) 226-9125
SA Michael Howard (313) 226-1835



# United States District Court

## EASTERN DISTRICT OF MICHIGAN

In the Matter of the Seizure of

**SEIZURE WARRANT**

**All Funds on Deposit in Total Bank Account Number 1650187406**

**MISC. NO.:   2:16-mc-50725-11**

TO: Agents of the United States Secret Service (USSS) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Michael Howard who has reason to believe that in the United State of America there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit in Total Bank Account Number 1650187406**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) with permission to serve the warrant electronically followed by original service, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to a U.S. Magistrate Judge as required by law.

The authority for seizure of property that is located outside of the district where the warrant is being issued is found in 28 U.S.C. § 1355(b) and 18 U.S.C. § 981(b)(3).

| | |
|---|---|
| May 18, 2016 | Detroit, Michigan |
| Date | |

at  *3:40 p.m.*

Honorable Elizabeth A. Stafford
**U.S. Magistrate Judge**

**ELIZABETH A. STAFFORD**
**Signature of Judicial Officer**

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY: _____
Deputy

AUSA Adriana Dydell (313) 226-9125
SA Michael Howard (313) 226-1835

## RETURN

DATE WARRANT RECEIVED

*05/17/2016*

DATE / TIME WARRANT EXECUTED

*05/18/2016 — 1300 Hours*

COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

*Total Bank*

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

*$ 865,384.33 (Total Bank Check Number: 412009224)*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____  *6/28/16*

Subscribed, sworn to, and returned before me this date.

_____    _____

U.S. Judge or Magistrate                         Date

TotalBank
**CASHIER'S CHECK**

# CUSTOMER COPY

| Item Number: | | 412009224 | | Amt: | $ 865,384.33 | Fee: | $ | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Date: | 06/01/2016 | Time: | 15:27 | Loc: | 412 | Oper: | 1014 | |
| Purch: | Case #2:16-mc-50725-11 | | | Payee: | United States Secret Service | | | |

**PAID BY:** Cash

**ACCOUNT #:**

---

DOCUMENT HAS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

## CASHIER'S CHECK    63-915/660    *412009224*

**T?TALBANK**
P.O. Box 450678
Miami, FL  33145

PAY $ **865384** 33
ONLY                  CENTS

**Pay To The Order Of:** *United States Secret Service*

** 06/01/2016 ▪ Eight Hundred Sixty-five Thousand Three Hundred Eighty-four Dollars And Thirty-three Cents

NOT VALID FOR OVER $865384.33

*AUTHORIZED SIGNATURE*

Case #2:16-mc-50725-11

*REMITTER & ACCOUNT #*

⑈412009224⑈ ⑆066009155⑆ 0550015401⑈